IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE MEDICAL PROTECTIVE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 20-00414-KD-B |
| ) | |
| CRAFTON CHIROPRACTIC, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 25, 2021 (Doc. 39) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that Defendants' Motion to Dismiss or Stay (Doc. 29) be GRANTED in part and DENIED in part, as follows:

      Defendants' motion is GRANTED as to a stay of Plaintiff's duty-to-indemnify claim, until further order of the Court;

      Defendants' motion is DENIED to the extent Defendants seek dismissal of Plaintiff's declaratory judgment claim for policy rescission based on failure to state a claim upon which relief can be granted; and

      To the extent Defendants seek dismissal of Plaintiff's duty-to-defend claim based on failure to state a claim upon which relief can be granted, Defendants' motion is DENIED without prejudice to Defendants' arguments regarding coverage.

DONE and ORDERED this 15th day of April 2021.

                                                  s/ Kristi K. DuBose
                                                  KRISTI K. DuBOSE
                                                  CHIEF UNITED STATES DISTRICT JUDGE